# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0630

VERSUS

JARVIS BOWIE

**JUNE 30, 2023**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-02287.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

> WIL
> CHH
> SMM

COURT OF APPEAL, FIRST CIRCUIT

_Ayesha Sdilkins_
DEPUTY CLERK OF COURT
FOR THE COURT